The People of the State of Illinois, Plaintiff-Appellee, *v.* Laureano Ramos *et al.*, Defendants-Appellants.

(No. 58215;

First District (2nd Division)—September 25, 1973.

Opinion by Mr. JUSTICE DOWNING.

James J. Doherty, Public Defender, of Chicago, (Lee T. Hettinger, Assistant Public Defender, of counsel,) for appellants.

Bernard Carey, State's Attorney, of Chicago, (Kenneth L. Gillis, Sharon Hope Grossman, and Frank DeBoni, Assistant State's Attorneys, of counsel,) for the People.